1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10

ANGELA R. PACE,

11

Plaintiff,

12

v.

13

CAROLYN W. COLVIN, Acting
Commissioner of the Social Security

14

Administration,

15

Defendant.

CASE NO. 15-cv-05419 JRC

ORDER GRANTING STIPULATED
MOTION TO REMAND PURSUANT
TO SENTENCE FOUR OF 42
U.S.C. § 405(g)

16

17

This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local

18

Magistrate Judge Rule MJR 13. (*See also* Notice of Initial Assignment to a U.S. Magistrate

19

Judge and Consent Form, Dkt. 5; Consent to Proceed Before a United States Magistrate Judge,

20

Dkt. 6.) This matter is before the Court on defendant's stipulated motion to remand the matter to

21

the Acting Commissioner for further consideration (Dkt. 16.)

22

After reviewing defendant's stipulated motion and the remaining record, the Court grants

23

defendant's motion, and reverses and remands this matter to the Acting Commissioner pursuant

24

to sentence four of 42 U.S.C. § 405(g).

ORDER GRANTING STIPULATED MOTION TO
REMAND PURSUANT TO SENTENCE FOUR OF
42 U.S.C. § 405(G) - 1

1    Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision

2  in regard to plaintiff's application for disability insurance benefits and supplemental security

3  income under Titles II and XVI of the Social Security Act be REVERSED and REMANDED to

4  the Commissioner of Social Security for a *de novo* hearing before an administrative law judge

5  (ALJ) and a new decision.  On remand, the ALJ will reassess at step three whether or not

6  plaintiff meets or equals Listing 12.05(C).  If the ALJ's sequential evaluation proceeds beyond

7  step three, the ALJ will reweigh Dr. Eather's opinion, either adopting all limitations he assessed

8  or providing legally sufficient reasons for discounting them; the ALJ will evaluate and weigh all

9  evidence and medical opinions in accordance with the applicable laws and regulations; the ALJ

10  will reassess plaintiff's credibility; and the ALJ will continue with the remaining steps of the

11  sequential evaluation process.  No finding of the ALJ will be specifically affirmed.

12    The parties agree that plaintiff is entitled to reasonable attorney fees and costs pursuant to

13  28 U.S.C. § 2412, following proper request to this Court.

14    Given the facts and the parties' stipulation, the Court hereby orders that the case be

15  **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g).

16    Dated this 23rd day of February, 2016.

17

18    _____
    J. Richard Creatura
19    United States Magistrate Judge

20

21

22

23

24

ORDER GRANTING STIPULATED MOTION TO
REMAND PURSUANT TO SENTENCE FOUR OF
42 U.S.C. § 405(G) - 2